**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
LUZ CIRINO,

                Plaintiff,                7:22 **CIVIL** 6325 (KMK)

      -v-                                **JUDGMENT**

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated February 16, 2023, that the final decision of the Commissioner of Social Security be, and hereby is, remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings

**Dated:**  New York, New York
          February 16, 2023

                                                        **RUBY J. KRAJICK**

                                                         _____
                                                             **Clerk of Court**

                               **BY:**
                                                           _____
                                                             **Deputy Clerk**